IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN DOMINGUEZ and MARYJANE DOMINGUEZ, Plaintiffs | No. 3:08cv1850 (Judge Munley) |
| v. | |
| THREE SPRINGS MINISTRY, INC., Defendant | |

## ORDER

**AND NOW**, to wit, this 16th day of November 2009, the oral argument scheduled for November 17, 2009 regarding the pending motion for summary judgment is hereby **CANCELLED**. The matter will be decided on the briefs.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court